Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**  Reg. No. 1,635,763
Registered Feb. 19, 1991

## SERVICE MARK
## PRINCIPAL REGISTER

## TRINITY UNIVERSITY

TRINITY UNIVERSITY (TEXAS NON-PROFIT CORPORATION)
715 STADIUM DRIVE
SAN ANTONIO, TX 78212

FOR: EDUCATIONAL SERVICES, NAMELY PROVIDING COURSES OF INSTRUCTION AT THE COLLEGE LEVEL, IN CLASS 41 (U.S. CL. 107).

FIRST USE 8-13-1870; IN COMMERCE 8-13-1870.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNIVERSITY", APART FROM THE MARK AS SHOWN.

SER. NO. 74-036,651, FILED 3-9-1990.

DAVID CHO, EXAMINING ATTORNEY

**EXHIBIT A**